16-324-cv
*Maitland v. Konica Minolta Bus. Sols.*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand sixteen.

PRESENT:   JOSÉ A. CABRANES,
           ROSEMARY S. POOLER,
           BARRINGTON D. PARKER,
                     *Circuit Judges.*

---

EDSON MAITLAND,

        *Plaintiff-Appellant,*                          16-324-cv

        v.

KONICA MINOLTA BUSINESS SOLUTIONS,

        *Defendant-Appellee.*

---

**FOR PLAINTIFF-APPELLANT:**          Edson Maitland, *pro se*, Palm Coast, FL

**FOR DEFENDANT-APPELLEE:**          Mitchell Boyarsky, Gibbons P.C., New York, N.Y.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Joan M. Azrack, *Judge*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be and hereby is **AFFIRMED**.

Appellant Edson Maitland, proceeding *pro se*, appeals from the District Court's grant of summary judgment in favor of his former employer, Konica Minolta Business Solutions ("KMBS"), on his claims of discrimination and retaliation pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.*; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*; the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*; the Family Medical Leave Act, 29 U.S.C. § 2601 *et seq.*; and New York state law. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* a district court's grant of summary judgment, with the view that summary judgment is appropriate only "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." *Sousa v. Marquez*, 702 F.3d 124, 127 (2d Cir. 2012) (internal quotation marks omitted).

Upon such review, we conclude that the District Court properly granted summary judgment to KMBS. We therefore affirm for substantially the reasons stated by the District Court in its thorough and well-reasoned January 25, 2016 decision.

## CONCLUSION

We have considered all of Maitland's remaining arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the District Court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2